■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PITTMAN, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Brown, J.), rendered April 16, 1980, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial of defendant's motion to suppress certain physical evidence (Couzens, J.). Judgment affirmed (see *People v Pittman*, 87 AD2d 618). Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.